**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Maureen Nelson          Date: December 12, 2005
Court Reporter: Paul Zuckerman

Criminal Action No.04-cr-00463-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Patricia Davies

       Plaintiff,

v.

21.  TYRONE TENNYSON,                     Boston Stanton, Jr.

       Defendant.

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**9:08 a.m.**     **Court in session.**

Defendant present on bond.

**EXHIBITS:**  Court's Exhibit 1 - Plea Agreement.
Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.
Court's Exhibit 3 - Information

Information is filed.

Count 1 of the Information was read to defendant.

Defendant is rearraigned.

**Defendant pleads guilty to Count 1 of the Information.**

Defendant sworn.

Court reviews the Plea Agreement with defendant.

Court advises defendant of the maximum penalties.

Court explains defendant's right to a trial by jury and other constitutional rights.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Court's Exhibits 1, 2, and 3 are received**.**

**ORDER:**   Defendant's plea is accepted and defendant is adjudged guilty of **Count 1 of the Information.**

**ORDER:**   Motion to Dismiss Second Superseding Indictment **(Doc. #1038) is granted.  The Second Superseding Indictment is dismissed as to this defendant.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

| | |
|---|---|
| **ORDER:** | Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. |
| **ORDER:** | Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department. |
| **ORDER:** | Sentencing hearing is set for **March 20, 2006 at 10:45 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.04-c |
| **ORDER:** | Motion for Relief from Prejudicial Joiner **(Doc. #467) is deemed withdrawn.** |
| **ORDER:** | Motion to Suppress Statements **(Doc. #572) is deemed withdrawn.** |
| **ORDER:** | Joint Motion Under Fed.R.Evid.702 **(Doc. #706) is deemed withdrawn.** |
| **ORDER:** | Bond is continued through the sentencing hearing. |
| **9:38 a.m.** | **Court in recess.** |

**Total Time:   30 minutes**
**Hearing concluded.**